# Court of Appeals
# of the State of Georgia

ATLANTA,  February 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0039. DIXIT v. THE STATE.**

Upon consideration of movant's "Emergency Motion to Dismiss Gwinnett County Case 18-D-06108-S3," same is hereby DENIED for failure to comply with Court of Appeals Rule 40 (b). Movant is seeking an order of this Court to dismiss a criminal case in Gwinnett State Court but there is no pending appeal in this Court from that particular case.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/25/2019*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*